```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  YOVANNY DOMINGUEZ, for himself and on   :
  behalf of all other persons similarly situated,   :
                                                    :
                                        Plaintiff,  :      1:20-cv-00168-GHW
                  -against-                         :
                                                    :            ORDER
  AEDES DE VENUSTAS, INC.,                          :
                                                    :
                                        Defendant.  :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2020

GREGORY H. WOODS, United States District Judge:

In the Court's order dated January 13, 2020, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than April 7, 2020. The Court has not received the joint letter or the proposed case management plan. The parties are directed to comply with the Court's January 13, 2020 order forthwith. If the parties intend to request an adjournment of the initial pretrial conference scheduled for April 14, 2020 at 3 p.m., they should also request the adjournment forthwith. As noted in the Court's Individual Rules of Practice, parties must generally request that deadlines be adjourned at least two business days before the deadline sought to be adjourned.

SO ORDERED.

Dated: April 13, 2020

_____
GREGORY H. WOODS
United States District Judge