JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2020

**MEMORANDUM ENDORSED**

April 14, 2020

**VIA ECF**

Hon. Gregory H. Woods, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY 10007-1316

Re: *Dominguez v. Aedes De Venustas, Inc.*, 20 CV 00168 (GHW)

Dear Judge Woods:

    The undersigned is counsel to the plaintiff in the above-referenced matter. I write to request an adjournment of the initial conferenced scheduled for today at 3:00 PM. I have been in contact with the defendant but counsel has not made an appearance on their behalf. I respectfully request a thirty-day extension of the initial conference. If no appearance by counsel is made, or the matter has not been settled, I will make a further request that plaintiff be given a reasonable amount of time to file a motion for default.

    I thank the Court for its time and consideration and apologize for the late nature of this request.

Respectfully submitted,

Application granted.  The initial pretrial conference scheduled for April 14, 2020 is adjourned to May 15, 2020 at 3 p.m.  The joint letter and proposed case management plan described in the Court's prior order, Dkt No. 6, is due no later than May 8, 2020.

SO ORDERED.

Dated: April 14, 2020

                                                      GREGORY H. WOODS
                                              United States District Judge