USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOVANNY DOMINGUEZ, for himself and on       :
behalf of all other persons similarly situated,      :
                                                  :

                                 Plaintiff,       :                  1:20-cv-00168-GHW

             -against-       :

                                               :                    ORDER
AEDES DE VENUSTAS, INC.,                 :

                                             :

                              Defendant.       :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On April 14, 2020, the Court adjourned the initial pretrial conference in this case until May

15, 2020.  The Court observes that the defendant still has not yet appeared.  Plaintiff is directed to

file a letter updating the Court on its view regarding the status of this case no later than May 14,

2020.

      SO ORDERED.

Dated:  May 11, 2020
                                       _____
                                        GREGORY H. WOODS
                                    United States District Judge