USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/15/2020_

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

**MEMORANDUM ENDORSED**

May 15, 2020

**VIA ECF**

Hon. Gregory H. Woods, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Dominguez v. Aedes De Venustas, Inc.*, 20 CV 00168 (GHW)

Dear Judge Woods:

    This firm represents the plaintiff in the above-referenced action. The plaintiff moves to adjourn today's initial conference. The defendant has still not appeared and the plaintiff has been unable to contact the defendant. The plaintiff believes that with additional time the plaintiff may be able to contact defendant, especially after business returns to normal. The plaintiff asks for 60 days to try to contact defendant before plaintiff is required to move for default judgment. I apologize to the Court for the lateness of this letter.

    I thank the Court for its time and consideration.

Application granted in part.  The initial conference scheduled for May 15, 2020 is adjourned *sine die*.  If the defendant appears in this action, the parties are directed to file a letter on ECF promptly thereafter to notify the Court of that fact so that the Court can reschedule the initial conference. If the defendant has not appeared by July 1, 2020, the Court expects that Plaintiff will seek a default judgment.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 13.

SO ORDERED.

Dated: May 15, 2020

_____
GREGORY H. WOODS
United States District Judge