USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YOVANNY DOMINGUEZ, for himself and on behalf of all other persons similarly situated,

                                Plaintiff,

-against-

AEDES DE VENUSTAS, INC.,

                                Defendant.
-----------------------------------------------------------------X

1:20-cv-00168-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 15, 2020, the Court wrote in an order that "[i]f the defendant has not appeared by July 1, 2020, the Court expects that Plaintiff will seek a default judgment." Dkt No. 14. The Court observes that the defendant still has not appeared in this case, but Plaintiff has not moved for default judgment. Indeed, Plaintiff has failed to prosecute this case. A continued failure may result in dismissal. If Plaintiff no longer wishes to pursue the case, she can dismiss it under Federal Rule of Civil Procedure 41(a)(1)(A)(i). But if the case is pending, the Court expects that Plaintiff will actively prosecute it. The Court therefore expects that any application for an order to show cause for default judgment will be filed no later than July 15, 2020.

    SO ORDERED.

Dated: July 8, 2020

                                                       GREGORY H. WOODS
                                                    United States District Judge